1  BARRY J. PORTMAN
   Federal Public Defender
2  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
3  San Francisco, CA 94102
   Telephone: (415) 436-7700
4
   Counsel for Defendant LUTTON
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CR NO 05 394 MHP
                                     )
12                 Plaintiff,        )   [PROPOSED] ORDER
                                     )
13  v.                               )
                                     )
14  REX MITCHELL LUTTON,             )
                                     )
15                 Defendant.        )
                                     )
    _____ )

16      The sentence of 3 years probation conditioned upon residence at the Delancey Street

17  Foundation imposed by this Court on October 31, 2005 is stayed until November 1, 2005. The

18  United States Marshal is directed to "roll up" the defendant, i. e., take him from the Alameda

19  County Sheriff's Glen Dyer Facility with his street clothes and booked possessions, and bring

20  him to the Marshal's Facility at 450 Golden Gate Ave, San Francisco, on the morning of

21  November 1, 2005. The stay shall be lifted and Marshal should release the defendant upon the

22  defendant's arrival at the Marshal's Facility.

23      The defendant is directed to report immediately to the United States Probation Office on

24  the 17th floor of 450 Golden Gate Avenue and follow the instructions of the probation officer.

25  The defendant is further directed to report as soon as possible thereafter to the Delancy Street

26

1  Foundation but no later than 4 p.m. on November 1, 2005, and, if accepted, remain a resident

2  there for at least two years unless there is a further order of this Court.

3        If for any reason the defendant is not accepted as a resident on November 1, 2005 by the

4  Delancy Street Foundation, the defendant shall report to the courtroom of Magistrate Judge

5  Edward Chen for further instructions.

6        It is so ORDERED

7  Date:    Oct 31, 2005

8                       Marilyn H. Patel
                     United States District Judge

ORDER            2