UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>LUTTON,<br>　　　　Defendant. | Case No. 05-cr-00394-SI-1<br><br>**ORDER**<br>Re: Dkt. No. 36 |

The defendant in this criminal case has filed a "petition for writ of habeas corpus under 28 U.S.C. § 2241 or, alternatively, motion for compassionate release." Docket No. 36. The motion for compassionate release will be entertained in the criminal case, but a new case should be opened for the habeas petition. Accordingly, the clerk shall file the petition for writ of habeas corpus as a new civil case.

**IT IS SO ORDERED**.

Dated: March 5, 2021

SUSAN ILLSTON
United States District Judge