UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>      v.<br><br>REX LUTTON,<br><br>            Defendant. | Case No. 05-cr-00394-SI-1<br><br>**ORDER REQUIRING NOTICE OF DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 36 |

On February 25, 2021, defendant Rex Lutton filed a "petition for writ of habeas corpus under 28 U.S.C. § 2241 or, alternatively, motion for compassionate release." Dkt. No. 36. On March 5, 2021, the Court issued an Order that assigned defendant's petition for writ of habeas corpus to a new case number and kept defendant's motion for compassionate release under the present case number. Dkt. No. 39.

The Court hereby **ORDERS** the following briefing schedule for defendant's motion for compassionate release:

- Government's opposition due May 19, 2021
- Defendant's reply due June 2, 2021

Because defendant's petition for writ of habeas corpus has been assigned to a new case number, the parties' opposition and reply shall only address defendant's motion for compassionate release. The clerk of court will email a copy of defendant's motion for compassionate release to the U.S. Attorney's Office.

**IT IS SO ORDERED**.

Dated: April 28, 2021

_____
SUSAN ILLSTON
United States District Judge