UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUTTON,<br><br>　　　　　Defendant. | Case No. 05-cr-00394-SI-1<br><br>**ORDER TRANSFERRING DEFENDANT'S *PRO SE* FILING TO 21CV1679**<br><br>Re: Dkt. No. 55 |

On February 25, 2021, defendant Rex Lutton filed a "petition for writ of habeas corpus under 28 U.S.C. § 2241 or, alternatively, motion for compassionate release." Dkt. No. 36. On March 5, 2021, the Court issued an Order assigning defendant's petition for writ of habeas corpus to a new criminal case number and kept defendant's motion for compassionate release under the present case number. Dkt. No. 39.

On August 20, 2021, the Court received defendant's *pro se* filing titled "Traverse." Dkt. No. 55. Defendant requested time served in defendant's recission hearing with the United States Parole Commission. *Id.* at 1. On September 20, 2021, defense counsel filed a status report requesting the Court consider defendant's filing as either a motion for reconsideration of the Court's Order Denying Defendant's Motion for Compassionate Release or a Motion under Federal Rule of Criminal Procedure 35(b). Dkt. No. 57. The Government filed a status report requesting the Court transfer to defendant's criminal case, 21-cv-1679. Dkt. No. 58.

The Court hereby TRANSFERS defendant's *pro se* filing, docket number 55, to defendant's criminal case, 21-cv-1679. The Court previously found the Court lacked jurisdiction to grant defendant's motion for compassionate release. Dkt. No. 54. Defendant's *pro se* filing involves issues relating to his request for habeas release in 21-cv-1679. *Compare* Dkt. No. 55 (defendant's

pro se filing) at 1 (citing 28 FRC § 2.36(a) and stating "I ask your help if I'm entitled to time served toward my recission hearing . . . from the United States Parole Commission") *with* 21-cv-1679, Dkt. No. 1 (Petition for Writ of Habeas Corpus) at 4-6 (citing 28 FRC § 2.36(a) and arguing defendant is "entitled to credit against the recission guidelines for his time in state custody."). Accordingly, defendant's *pro se* filing, docket number 55, will be transferred to case number 21-cv-1679.

**IT IS SO ORDERED**.

Dated: October 1, 2021

_____
SUSAN ILLSTON
United States District Judge